KEVIN V. RYAN (CSBN 118321)
United States Attorney

F D
DEC - 9 2005
CLE NORTH RNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

E-Filing



| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY SCOTT CLARK, aka Volkam, Defendant. | CR 05 00789 JW No. VIOLATION: Title 18, United States Code, Sections 1030(a)(5)(A)(i), 1030(a)(5)(B)(i) and 1030(c)(4)(A) and 2 – Intentionally Causing Damage to a Protected Computer and Aiding and Abetting. SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

Background

At all times relevant to this Information:

1. A distributed denial-of-service ("DDOS") attack on the Internet is one in which many compromised computers attack a single target, thereby causing a denial of service for legitimate users of the targeted system. In a DDOS attack, a large number of computers are accumulated by exploiting a security vulnerability in a computer operating system or application. A "mass rooter" is a computer program (or virus) that allows the exploitation of the security vulnerability on a broad scale and installs software on the infected computers (or "bots") that allows them to be simultaneously control.

2. One manner of carrying out a DDOS attack is use of Internet Relay Chat ("IRC"), an Internet service that allows users to communicate with each other in real-time. IRC is organized around the "chat room" or "channel," in which users congregate to communicate with each other about a specific topic.

Distributed Denial of Service Attack

3. From in or about July 2003 through August 2003, in the Northern District of California and elsewhere, the defendant

ANTHONY SCOTT CLARK

knowingly caused the transmission of a program, information, code, and command, that is, packets of data sent in the form of DDOS attacks, executed by exploiting a computer security vulnerability and commanding thousands of "bots" from the IRC channel #ddos#, and as a result of that conduct, intentionally caused damage, without authorization, to protected computers, that is, computers of eBay, Inc. and other computers throughout the world that were used in interstate or foreign commerce or communication, causing an aggregate loss to eBay, Inc. and other persons of at least $5,000 in value during a one-year period, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(c)(4)(A), and 2.

DATED: December 9, 2005

KEVIN V. RYAN
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch

Approved as to Form:

CHRISTOPHER P. SONDERBY
Assistant United States Attorney

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 1030(a)(5)(A)(i), 1030(a)(5)(B)(i) and 1030(c)(4)(A) and 2 - Intentionally Causing Damage to a Protected Computer and Aiding and Abetting.

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY:

10 years imprisonment;
$250,000 fine;
3 years supervised release;
$100 special assessment;
Restitution

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

ANTHONY SCOTT CLARK

DISTRICT COURT NUMBER

E-Filing

CR 05 00789 JW

DEC - 2005

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

USSS - S/A Tim Malatesta

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Christopher P. Sonderby

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments: