**FILED**

AUG - 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00789 JW (RS) |
| Plaintiff, | [~~PROPOSED~~] ORDER MODIFYING BOND |
| v. | |
| ANTHONY SCOTT CLARK, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN; the bond in the above case is modified to allow Anthony Scott Clark to relocate to the District of Arizona. Anthony Scott Clark will also be permitted to travel to the District of Oregon for employment purposes and to visit family.

All other conditions of the bond are to remain in full force and effect.

IT IS SO ORDERED.

Dated: 8/7/06

_____
United States Magistrate Judge

[PROPOSED] ORDER                                    - 1 -