1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 202
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Counsel for Defendant Anthony Scott Clark

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,        )    No. CR 05-00789 JW
                                    )
11         Plaintiff,               )    STIPULATION TO CONTINUE
                                    )    SENTENCING DATE;
12     vs.                          )    [PROPOSED] ORDER
                                    )
13 ANTHONY SCOTT CLARK,             )
                                    )
14         Defendant.               )
                                    )
15 _____ )

16
       It is hereby stipulated between the United States of America, by and through Assistant United
17
   States Attorney Matthew Lemberti, and defendant Anthony Scott Clark, by and through his defense
18
   counsel, Vicki H. Young, that the sentencing date of October 16, 2006, be continued to December
19
   11, 2006, at 1:30 p.m.
20
       This continuance is necessary because the defense counsel needs additional time to
21
   investigate issues regarding the amount of the alleged loss in this case.
22
       Probation Officer J.D. Woods has been advised of this continuance and has no objection.
23

24

25

26

STIP AND [PROPOSED] ORDER
                                            - 1 -

It is so stipulated.

Dated: August 29, 2006                                              Respectfully submitted,


   /s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Anthony Scott Clark


Dated: August 29, 2006                                              KEVIN V. RYAN
United States Attorney


   /s/   Matthew Lamberti
MATTHEW LAMBERTI
Assistant United States Attorney


### [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of October 16, 2006 at 1:30 p.m. is continued to December 11, 2006, at 1:30 p.m.

IT IS SO ORDERED.

DATED:   9/5/06

JAMES WARE
United States District Judge

.

STIP AND [PROPOSED]  ORDER

- 2 -