# UNITED STATES DISTRICT COURT

for the

### Northern District of California



**U.S.A. vs Clark, Anthony Scott**                        **Docket No. CR05-00789 JW**

**Petition for Arrest Warrant and Supporting Affidavit**

      I, Jaime A. Carranza, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. The above-referenced defendant is charged in an Information with a violation of Title 18, United States Code, Sections 1030(a)(5)(A)(I), 1030(a)(5)(B)(I) and 1030(c)(4)(A) and 2 – Intentionally Causing Damage to a Protected Computer and Aiding and Abetting. On December 27, 2005, Your Honor released the defendant on a $50,000 unsecured bond with Pretrial Services supervision and various special release conditions, including: reporting to Pretrial Services as directed

2. Mr. Clark plead guilty on December 27, 2005, and is scheduled to appear before the Honorable James Ware for sentencing on December 11, 2006.

3. On August 7, 2006, the defendant's bond was modified and he was allowed to relocate to the District of Arizona for employment purposes.

4. On October 2, 2006, the undersigned was contacted by the U.S. Pretrial Services office in Phoenix, Arizona, who advised that the defendant had failed to maintain contact with their office as directed. They informed that they last had contact with the defendant on September 23, 2006, and that he had not responded to subsequent messages.

5. On October 3, 2006, Pretrial Services contacted Mr. Clark's attorney, Vicki Young, who informed that she would attempt to reach the defendant and have him contact our office. Mr. Clark had not contacted Pretrial Services at the time of this writing.

6. On October 19, 2006, Pretrial Services contacted the defendant's mother, Rhonda Clark, who advised that she has not had contact with her son since early October 2006, and that his whereabouts are unknown.

| | |
|---|---|
| Page Two - Petition for Arrest Warrant and Supporting Affidavit | Re: Clark, Anthony Scott<br>Docket No.: CR05-00789 JW |

Based on the foregoing, there is probable cause to believe that Anthony Scott Clark violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

Jaime A. Carranza,
Officer in Charge
U.S. Pretrial Services

Place **San Jose, California**
Date **October 19, 2006**

---

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his bail should not be revoked.

☐ Other:

10/19/06
**Date**

Honorable Richard Seeborg
U.S. Magistrate Judge

NDCA-PSA PS8-A
(Revised 12/16/04)