VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301
Telephone (415) 421-4347

Counsel for Defendant Anthony Scott Clark

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00789 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING DATE; |
| vs. | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| ANTHONY SCOTT CLARK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Matthew Lemberti, and defendant Anthony Scott Clark, by and through his defense counsel, Vicki H. Young, that the sentencing date of March 26, 2007, be continued to April 23, 2007, at 1:30 p.m.

    This continuance is necessary because the probation department needs additional time to prepare the report, since a new interview of the defendant is required.

    Probation Officer J.D. Woods has been advised of this continuance and has no objection.

STIP AND [PROPOSED] ORDER
- 1 -

1  It is so stipulated.

2  Dated: February 9, 2007                           Respectfully submitted,

4
5                                                     /s/ Vicki H. Young
                                                     VICKI H. YOUNG
6                                                    Attorney for Anthony Scott Clark

7  Dated: February 9, 2007                          KEVIN V. RYAN
                                                     United States Attorney
8
9                                                     /s/ Matthew Lamberti
                                                     MATTHEW LAMBERTI
10                                                   Assistant United States Attorney

14                              [~~PROPOSED~~] ORDER

17  GOOD CAUSE BEING SHOWN, the sentencing date of March 26, 2007, at 1:30 p.m. is
continued to April 23, 2007, at 1:30 p.m.

    IT IS SO ORDERED.

19  DATED:   2/12/2007

                                                     _____
20                                                   JAMES WARE
                                                     United States District Judge
21  .

STIP AND [PROPOSED] ORDER

- 2 -