UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY SCOTT CLARK,<br>  a/k/a Volkam,<br><br>  Defendant. | No. CR 05-00789 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Anthony Scott Clark, by and through his counsel Vicki Young, hereby AGREE AND STIPULATE to continue the date set for sentencing in this matter from April 23, 2007 to June 18, 2007 at 1:30 p.m.  The reason for the continuance is that the United States needs additional time to obtain documentation relevant to the sentencing in this matter and to provide such documentation to the assigned probation officer, who will in turn need additional time to prepare the presentence report.

DATED: 4/3/07          SCOTT N. SCHOOLS
                       United States Attorney

                              /s/
                       _____
                       MATTHEW A. LAMBERTI
                       Assistant United States Attorney

                              /s/
DATED: 4/4/07          _____
                       VICKI YOUNG
                       Counsel for the Defendant

U.S. V. CLARK STIPULATION AND ORDER  CR 05-00789 JW

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED THAT |
| 3 | the date for the sentencing hearing in this case be continued from April 23, 2007 to June 18, 2007 |
| 4 | at 1:30 p.m. |
| 5 | IT IS SO ORDERED. |

DATED: 4/6/2007

_James Ware_
HON. JAMES WARE
United States District Judge

U.S. V. CLARK STIPULATION AND ORDER   CR 05-00789 JW

1  Distribute to:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   VICKI YOUNG
5  706 Cowper Street, Suite 205
   Palo Alto, California  94301

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. V. CLARK STIPULATION AND ORDER   CR 05-00789 JW