1    SCOTT N. SCHOOLS (SC 9990)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163873)
3    Chief, Criminal Division

4    HANLEY CHEW (CSBN 189985)
     Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       E-mail: hanley.chew@usdoj.gov

8    Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13
     UNITED STATES OF AMERICA,          )       No. CR 05-00789 JW
14                                       )
              Plaintiff,                  )
15                                        )      STIPULATION TO CONTINUE
        v.                                )      SENTENCING FROM DECEMBER 3,
16                                        )      2007 TO JANUARY 28, 2008
     ANTHONY SCOTT CLARK,                 )
17        a/k/a/ Volkam,                  )
                                          )
18            Defendant.                  )

19
              The parties, including the defendant, stipulate as follows:
20
     1.       On December 9, 2005, defendant Anthony Scott Clark ("defendant") pled guilty to an
21
     information, charging her with one count of intentionally causing damage to a protected
22
     computer and aiding and abetting, in violation of 18 U.S.C. §§ 1030(a)(5)(A)(I), (a)(5)(B)(I) and
23
     (c)(4)(A) and 2.  Defendant's sentencing was scheduled for August 13, 2007.  At that sentencing,
24
     the Court continued the sentencing to allow defendant to seek additional discovery related to the
25
     amount of loss in this case.
26
      2.      On August 29, 2007, defendant has requested additional documents and information from
27
     the government.  Assistant United States Attorney Matthew Lamberti who was counsel of record
28

     STIPULATION TO CONTINUE SENTENCING
     U.S. v. CLARK, No. CR CR 05-00789 JW

1   but has since left the United States Attorney's Office for the Northern District of California for a

2   position with the Department of Justice in Eastern Europe on October 31, 2007 did not respond

3   to defendant's request.  This case was reassigned to Assistant United States Attorney Hanley

4   Chew on November 2, 2007.  Because Assistant United States Attorney Lamberti's files are

5   currently in storage, new government counsel needs additional time to retrieve the files in this

6   case, review them and defendant's discovery requests and determine what additional documents

7   and information need to be produced.  Once additional discovery is produced, defense counsel

8   and defendant will need additional time to review and examine this discovery.

9         Therefore, the parties respectfully request that the Court continue defendant's sentencing

10   from December 3, 2007 to January 28, 2008 at 1:30.

11

IT IS SO STIPULATED.

12

13                                           SCOTT N. SCHOOLS
                                          United States Attorney

14

15   Dated: 11/8/07                       /s/ Hanley Chew
                                          HANLEY CHEW

16                                           Assistant United States Attorney

17

Dated: 11/8/07                       /s/ Vicki Young

18                                           VICKI YOUNG
                                        Attorney for Defendant

19

20                               **[PROPOSED] ORDER**

21         Having considered the stipulation of the parties, and good cause appearing, the Court

22   orders that the status conference concerning defendant Anthony Clark's sentencing is continued

23   from December 3, 2007 to January 28, 2008 at 1:30.

24   IT IS SO ORDERED.     This is the parties' final request for continuance.  Further requests for

25   continuance shall be made on the Court's record.

26   DATED: November 9, 2007                            

27                     THE HONORABLE JAMES WARE
                    United States District Court Judge

28

STIPULATION TO CONTINUE SENTENCING
U.S. v. CLARK, No. CR CR 05-00789 JW       2